UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GFE NY, LLC, <br>     Appellant, <br><br> v. <br><br> J AND M SUPPLY OF THE CAROLINAS, LLC <br>     Appellee. | CASE NOS. <br> 7:23-cv-00896-D <br> 7:23-cv-01079-FL |

## ORDER GRANTING PARTIES' JOINT MOTION TO CONSOLIDATE APPEALS

Upon good cause shown the joint Motion to Consolidate Appeals in cases 7:23-cv-01079-FL and 7:23-cv-00896-D is GRANTED. Hereinafter, all proceedings in the above-referenced cases will be heard before Judge _Dever_ under Case No. 7:23-cv-_896-D_. The current briefing schedules are stayed, and an order regarding a consolidated briefing schedule will be entered shortly.

SO ORDERED. This the _14_ day of July, 2023.

_____
JAMES C. DEVER III
United States District Judge